IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NORGUARD INSURANCE COMPANY,

    Plaintiff,

v.

SERVEON INC.,

    Defendant /
    Third Party Plaintiff,

v.

HARRY DAVID ZUTZ INS., INC., &
MATTHEW DOYLE,

    Third Party Defendants.

HON. JEROME B. SIMANDLE

Civil No. 08-900 (JBS/AMD)

**ORDER**

This matter having come before the Court upon objections to Magistrate Judge Ann Marie Donio's October 8, 2010 Order [Docket Item 131]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this 28th day of **January, 2011** hereby

ORDERED that Judge Donio's Order of October 8, 2010 is **AFFIRMED,** and that Defendant Serveon and the non-parties Zurich Insurance Company, Twin City Fire Insurance Company, and Paychex Insurance Agency, Inc., shall produce the documents as Ordered therein not later than fourteen (14) days from the entry of this Order.

                            /s/ Jerome B. Simandle
                            JEROME B. SIMANDLE
                            United States District Judge